# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, | |
| Plaintiff, | Case No. 0:21-cv-01403-NEB-KMM |
| v. | |
| DORAN CONSTRUCTION, LLC; KINZLER CONSTRUCTION SERVICES, INC.; AND BRADLEY BURLINGAME, | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Houston Casualty Company ("HCC") provides notice and hereby dismisses the present lawsuit.

1. On June 15, 2021, HCC filed a Complaint for Declaratory Judgment against the captioned defendants.

2. Rule 41(a)(1) of the Federal Rules of Civil Procedure provides, in relevant part:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;
> …

Fed. R. Civ. P. 41(a)(1)(A)(i).

3. None of the defendants have filed either an answer to HCC's Complaint or a motion for summary judgment.

4. Accordingly, this matter may properly be dismissed without a court order.

Dated:  July 6, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Jeffrey R. Mulder
　　　　　　　　　　　　　　　　　　　Jeffrey R. Mulder
　　　　　　　　　　　　　　　　　　　Minnesota Bar No. 0389205
　　　　　　　　　　　　　　　　　　　BASSFORD REMELE
　　　　　　　　　　　　　　　　　　　100 South 5th Street, Suite 1500
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402-1254
　　　　　　　　　　　　　　　　　　　Telephone: (612) 376-1622
　　　　　　　　　　　　　　　　　　　Email:  jmulder@bassford.com

　　　　　　　　　　　　　　　　　　　Jordon S. Steinway, PHV
　　　　　　　　　　　　　　　　　　　Illinois Bar No. 6284065
　　　　　　　　　　　　　　　　　　　BATESCAREY LLP
　　　　　　　　　　　　　　　　　　　191 North Wacker, Suite 2400
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　Telephone:  (312) 762-3169
　　　　　　　　　　　　　　　　　　　Email:  jsteinway@batescarey.com

　　　　　　　　　　　　　　　　　　　*Counsel for Houston Casualty Company*